

120 West 45th Street, New York, New York 10036
Telephone (212) 688 - 3025   Facsimile (212) 688 - 3040

John W. Hanson
Telephone Ext.: 104
Email: jhanson@hitchcockcummings.com

October 9, 2012

**VIA ECF**

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

      Re:   *Liantonio v. Allied Interstate, LLC*
             Case No.: 12-CV-2526

Dear Judge Spatt:

      We represent the defendant, Allied Interstate LLC ("Allied"), in the above-referenced case. We are in receipt of plaintiff's counsel's letter of October 7, 2012, wherein he has requested additional time to respond to Allied's request for a pre-motion conference.

      Allied does not oppose plaintiff's request for an extension of time until October 12, 2012, in order for plaintiff to respond.

      We are available at the Court's convenience should you wish to discuss this further.

                              Respectfully Submitted,

                              *S/ John W. Hanson /*

                              John W. Hanson

cc:   Adam Jon Fishbein, Esq. (Via ECF)
      *Attorney for Plaintiff*